WILLIS W. RUSSELL, Appellant, *v.* HORACE INMAN et al., Trading under the Name of INMAN MANUFACTURING COMPANY, Respondents.

*Russell* v. *Inman,* 90 App. Div. 618, affirmed.
(Argued October 20, 1905; decided November 21, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 22, 1904, affirming a judgment in favor of defendants entered upon a verdict directed by the court.

*J. H. Hanson* for appellant.

*Henry V. Borst* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT and VANN, JJ. Not voting: WERNER, J. Absent: O'BRIEN J.